UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRIS POLIZZI** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3972** |
| **LYNN COOPER (WARDEN)** | **SECTION "J"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Plaintiff's Objection (Rec. Doc. 17), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Chris Polizzi's petition for issuance of a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this 1st day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE